IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Beattie B. Ashmore, In His Capacity as Court-Appointed Receiver for the Three Hebrew Boys, | ) ) C/A No. 3:13-1015-MBS ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) **O R D E R** |
| George Williams, | ) ) |
| Defendant. | ) ) ) |

    Plaintiff Beattie B. Ashmore, in his capacity as court-appointed Receiver for the Three Hebrew Boys, filed a complaint on April 15, 2013, alleging that Defendant George Williams profited in the amount of $137,614.74 as the result of participating in a fraudulent investment scheme perpetrated by Tony Pough, Joseph Brunson, and Timothy McQueen, also known as the "Three Hebrew Boys." Plaintiff asserts causes of action for fraudulent transfer, unjust enrichment, imposition of an equitable mortgage/deed of trust, constructive/resulting trust, and equitable lien. The summons and complaint were served on Defendant on April 18, 2013. Defendant did not plead or otherwise defend against the allegations of the complaint. See Fed. R. Civ. P. 55.

    On June 14, 2013, Plaintiff requested entry of default. The Clerk of Court entered default the same day. The request for entry of default and Clerk's entry of default were served on Defendant on June 17, 2013. Also on June 17, 2013, Plaintiff filed a motion for default judgment and served a copy of the motion on Defendant the same day. Defendant has not responded to the entry of default or motion for default judgment.

Therefore, in accordance with Rule 55(b)(2), IT IS ORDERED that judgment be entered in favor of Plaintiff in the amount of $137,614.74, plus interest at the legal rate. The court is informed that Plaintiff waives his request for attorneys' fees and costs.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

July 25, 2013