AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

| | | |
|---|---|---|
| Beattie B. Ashmore, in his Capacity as Court-Appointed Receiver for The Three Hebrew Boys | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:13-1015-MBS |
| George Williams | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ the plaintiff <u>Beattie B. Ashmore</u> recover from the defendant <u>George Williams</u> the amount of <u>One Hundred Thirty-Seven Thousand, Six Hundred Fourteen and 74/100</u> dollars (<u>$137,614.74</u>), plus postjudgment interest at the rate of <u>.11%</u>

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

❏  other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge.

Date:   July 26, 2013                                   *CLERK OF COURT*

                                                   s/Angie Snipes
                                   _____
                                           *Signature of Clerk or Deputy Clerk*