AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beattie B. Ashmore, in his Capacity as Court-Appointed Receiver for The Three Hebrew Boys<br>*Plaintiff*<br>v.<br>George Williams<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.   3:13-1015-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff Beattie B. Ashmore recover from the defendant George Williams the amount of One Hundred Thirty-Seven Thousand, Six Hundred Fourteen and 74/100 dollars ($137,614.74), plus postjudgment interest at the rate of .11%

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Margaret B. Seymour, Senior United States District Judge.

Date:   July 26, 2013                                                                              *CLERK OF COURT*

                                                                                                             s/Angie Snipes
                                                                                               *Signature of Clerk or Deputy Clerk*